| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>----------------------------------------------------------- X<br>    UNITED STATES OF AMERICA,<br><br>                        -v-<br><br>    JUAN CARLOS LOPEZ LASA,<br><br>                       Defendant.<br>----------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 10/23/2023<br><br>1:22-cr-532-GHW-3<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

A proceeding with respect to defendant Juan Carlos Lopez Lasa is scheduled for October 24, 2023 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: October 23, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge