# HARVEY FISHBEIN
### ATTORNEY AT LAW

111 BROADWAY, SUITE 701
NEW YORK, NEW YORK 10006
TEL: (212) 233-9555
FAX: (212) 374-1506
hf@harveyfishbein.com

**MEMORANDUM ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2024
```

January 31, 2024

**VIA ECF**
Hon. Gregory H. Woods
United States District Judge
500 Pearl Street
New York, NY 10007

                Re: **United States v. Rodriguez Tapia**
                      **22 CR 532 (GHW)**

Dear Judge Woods:

    I, along with Lauren Di Chiara, represent Juan Carlos Lopez Lasa in the above-referenced matter. Sentencing is presently scheduled for February 12, 2024. Unfortunately we are awaiting receipt of medical records which we believe are critical for the Court's consideration at sentencing and will take time to have examined. Therefore, we respectfully request that sentencing be adjourned to a day during the week of April 29th with the exception of May 2nd. This is the defendant's first request for a sentencing adjournment.

    I have spoken with AUSA Nicholas Bradley and he consents to this application and is available in the time period requested.

                Respectfully Requested,
                /s/
                Harvey Fishbein

cc: All parties (via ECF)

Application granted in part. The Court is not available during time period that the parties requested. The sentencing hearing scheduled in this matter for February 12, 2024 is adjourned to May 13, 2024 at 1:00 p.m. The defendant's sentencing submissions are due no later than April 29, 2024 the Government's sentencing submissions are due no later than May 6, 2024.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 66.

SO ORDERED.

Dated: February 1, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge