| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X<br>UNITED STATES OF AMERICA,<br><br>               -against-<br><br>JUAN CARLOS LOPEZ LASA,<br><br>               Defendant.<br>------------------------------------------------------------X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 9/12/2024<br><br>1:22-cr-532-GHW-3<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

The sentencing hearing currently scheduled for September 25, 2024 at 10:00 a.m. is adjourned to January 14, 2024 at 11:00 a.m. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

The defendant's sentencing submissions are due no later than December 30, 2024. The Government's sentencing submissions are due no later than January 7, 2025.

SO ORDERED.

Dated: September 12, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge